DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 005PA15 | Commscope Credit Union v. Butler & Burke, LLP, a North Carolina Limited Liability Partnership v. Barry D. Graham, et al. | 1. Motion to Admit Richard A. Simpson *Pro Hac Vice* <br><br> 2. Motion to Admit Ashley E. Eiler *Pro Hac Vice* | 1. Allowed **04/02/2015** <br><br> 2. Allowed **04/02/2015** <br><br> **Beasley, J., recused** |
|---|---|---|---|
| 005PA15 | Commscope Credit Union v. Butler & Burke, LLP, a North Carolina Limited Liability Partnership v. Barry D. Graham, et al. | North Carolina Chamber's Motion for Leave to File Amicus Brief | Allowed **04/06/2015** <br><br> **Beasley, J., recused** |
| 005PA15 | Commscope Credit Union v. Butler & Burke, LLP, a North Carolina Limited Liability Partnership v. Barry D. Graham, et al. | 1. National Association of Boards of Accountancy's Motion for Leave to File Amicus Brief <br><br> 2. NCACPA, AICPA, and Center for Audit Quality's Motion for Leave to File Amicus Brief <br><br> 3. Chamber of Commerce of the United States of America's Motion for Leave to File Amicus Brief | 1. Allowed **04/07/2015** <br><br> 2. Allowed **04/07/2015** <br><br> 3. Allowed **04/07/2015** <br><br> **Beasley, J., recused** |
| 006P15 | State v. Major Woody Myers, Jr. | 1. State's Motion for Temporary Stay (COA14-504) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's PDR Under N.C.G.S. 7A-31 | 1. Denied **01/06/15** <br><br> 2. Denied <br><br> 3. Denied |
| 008P15 | Jonathan E. Walker v. North Carolina Bar | Plt's *Pro Se* Motion for Notice of Appellant's Request for Review of North Carolina Bar's Decision of Cases #14G0226 and #14G0227 | Dismissed |
| 010P15 | Clifford Roberts Wheeless, III, MD v. Maria Parham Medical Center, Inc., et al. | 1. Plt's NOA Based Upon a Constitutional Question (COA14-612) <br><br> 2. Plt's PDR Under N.C.G.S. § 7A-31 <br><br> 3. Def's Motion to Dismiss Appeal <br><br> 4. Def's Motion to Dismiss PDR | 1. — <br><br> 2. Denied <br><br> 3. Allowed <br><br> 4. Dismissed as moot <br><br> **Ervin, J., recused** |
| 011P15 | Glenn R. Wilmoth v. Gilbert W. Hemric and Van W. Hemric | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-459) | Denied <br><br> **Ervin, J., recused** |